**ATTORNEY GRIEVANCE COMMISSION**     \*     **IN THE**
**OF MARYLAND**

                                                           \*     **COURT OF APPEALS**

**v.**                                                               \*     **OF MARYLAND**

                                                             \*     **Misc. Docket AG No. 66,**

**LEWIS MAURICE SILBER**                                     \*     **September Term, 2019**

# O R D E R

**WHEREAS**, the parties have filed an Amended Joint Petition for Disbarment by Consent pursuant to Maryland Rule 19-736;

**WHEREAS**, in the Amended Joint Petition, Respondent Lewis Maurice Silber admits that, if a hearing were held, there would be sufficient evidence to prove that he misappropriated client and third-party funds and thereby violated Rules 1.15(a) and (d), and 8.4(c) and (d) of the Maryland Attorneys' Rules of Professional Conduct;

**WHEREAS**, in the Amended Joint Petition, Mr. Silber contends that the misappropriation was unintentional and the result of poor accounting practices, but nonetheless acknowledges that there is a sufficient factual basis for concluding that he violated Rule 8.4(c) (dishonesty);

**WHEREAS**, this Court has not recognized negligent misappropriation as a basis for finding a violation of Rule 8.4(c) and therefore understands Mr. Silber to be acknowledging that there is sufficient evidence to prove intentional misappropriation in violation of Rule 8.4(c);

**WHEREAS**, upon consideration of the Amended Joint Petition, it is this 28th day of February, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Lewis Maurice Silber, be, and hereby is, disbarred from the practice of law in the State of Maryland, and it is further

**ORDERED**, that the disbarment of Respondent shall not become effective until 120 days from the date of this Order, so long as Respondent complies with the Monitoring Agreement attached to the Amended Joint Petition; and it is further

**ORDERED**, that upon the date of disbarment, the Clerk of this Court shall remove the name of Lewis Maurice Silber from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk